

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ORDER TO CONTINUE TRIAL |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:08 CR 0186 DB |
| RAY LYMAN, | |
| Defendant. | |

Based on the motion filed by the defendant, stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED:

The Jury Trial in the above case is continued and will be scheduled for the __19__ day of __July__, 2010 at __8:30__ a.m..

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq., the Court finds that the ends of justice served by a continuance in this case outweigh the best interest of the public and the Defendant in a speedy trial in order to afford counsel for the Defendants and the Government additional time in which to complete plea negotiations in an attempt to resolve the case short of trial.

DATED this __7__ day of May, 2010.

_____
HONORABLE DEE BENSON
United States District Court Judge